## 65346. CREDIT LIFE INSURANCE COMPANY v. GREENVILLE BANKING COMPANY.

DEEN, Presiding Judge.

This court granted an interlocutory appeal to determine whether the trial court erred in denying the Credit Life Insurance Company's motion for summary judgment. After considering the briefs and listening to oral argument, we find that this appeal was improvidently granted.

*Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED MARCH 15, 1983 —
REHEARING DENIED MARCH 25, 1983 —

*Jerry A. Buchanan,* for appellant.
*Jay E. Loeb,* for appellee.